**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
JAN 16 2008
JAN 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM LONG HALE, Pro Se, (see EXHIBIT A) Plaintiff(s)

v.

GOVERNOR OF THE ~~GREAT~~ AND FRESH WATER STATE OF ILLINOIS (see Exhibit A for further defendants) ET AL, Defendant(s)

Case No.

**08CV0353**
**JUDGE LEFKOW**
**MAG. JUDGE BROWN**

**COMPLAINT**

1. I WANTED TO USE THE C.T.A. CHICAGO TRANSIT AUTHORITY TO ASSEMBLE, BUT THE DEFENDANT PROPOSED TO CUT STOPS.

2. I WANTED TO TALK WITH THE DEFENDANT(S) ABOUT THIS, BUT THE DEFENDANT REQUIRED I SHOW A GRAVEN IMAGE TO ENTER TO DO SO.

3. I WANTED TO COMPLAIN TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION, BUT, AGAIN, THE DEFENDANT(S) REQUIRED I SHOW A GRAVEN IMAGE TO DO SO.

PAGE 1 OF 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s): WILLIAM LONG HALE, Pro Se

v.

Defendant(s): GOVERNOR OF THE GREAT STATE OF ILLINOIS, ET AL

Case No.

## COMPLAINT

GROUNDS:

1. I THINK I HAVE THE RIGHT TO ASSEMBLE BECAUSE OF THE FIRST AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

2. I THINK I HAVE THE RIGHT TO NOT SHOW ANY GRAVEN OR ENGRAVEN IMAGE TO ACCESS A PUBLIC GOVERNMENT OFFICE, OR TO MOVE IN THE PUBLIC RIGHT OF WAY BECAUSE NO LAW SHALL BE MADE ESTABLISHING A RELIGION – "THOU SHALT NOT WORSHIP ANY GRAVEN, OR ENGRAVEN IMAGES,", BUT INSTEAD, IMPERSONAL, SCIENTIFIC MEANS LIKE MAGNOMETERS, PUFF MACHINES, BIOLOGIC SWAB STICKS, LATEX GLOVE PAT DOWN SEARCHES

PAGE 2 OF 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WILLIAM LONG  Plaintiff(s)
HALE, PRO SE

v.

GOVERNOR
OF THE GREAT
FRESH WATER  Defendant(s)
STATE OF IL, ET AL

Case No.

## COMPLAINT

GROUNDS
2. (...CONTINUED)

VOICE PRINTS (PROVIDED THE DATA BASE IS SECURE AND ERASED IF NO MATCH FOUND) - LIKEWISE DNA PRINTS - ARE ACCEPTABLE BECAUSE THEY PREVENT LISA NOWICK, NASA ASTRONAUT PRECEDENT, INVASIONS OF PRIVACY, FAMILY, AND BUSINESS ITINERARIES, CONTRACTS AND BIDS.

THE GOVERNMENT DOES NOT HAVE THE RIGHT TO KNOW WHERE WE ARE - ONLY THAT WE MEET REASONABLE WELCOMING CRITERIA.

ALSO XREF: PRIVATE CELL PHONES ON SECURITY PERSONNEL

PAGE 3 OF 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WILLIAM LONZO HALE, Pro Se **Plaintiff(s)**

v.

GOVERNOR OF THE ~~GREAT AND FRESHWATER STATE~~ **Defendant(s)** OF ILLINOIS, et AL

Case No.

## COMPLAINT

Requested Remedy:

I want the Court to
1. Order the Defendant(s) to: Travel with me to TATA Motors in India to inspect TheAirCar.com - The French compressed air car technology (37°F clean air exhaust, 50 miles/tank, 3 minute refill time) due to be brought into production this year towards the goal of CTA compressed air powered buses and/or a CTA compressed air car fleet as per Zip Car rentals + compressed air car only zones: at reduced cost per mile per passenger.

Page 4 of 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

WILLIAM LONG HALE, PLAINTIFF PRO SE, Plaintiff(s)

v.

GOVERNOR OF THE GREAT AND FRESH WATER STATE OF ILLINOIS, Defendant(s) ET AL.

Case No.

## COMPLAINT

REQUESTED REMEDY (... CONTINUED)

2. ALSO TO AUSTRALIA TO INSPECT A SIMILAR, LIGHTER ENGINE AS PER THE YOU TUBE AIR CAR VIDEO

3. PRESENT A BUDGET TO THE COURT FOR MIGRATION TO COMPRESSED AIR CTA.

4. CEASE AND DESIST FROM REQUIRING GRAVEN OR ENGRAVEN IMAGES TO ACCESS THE PUBLIC OFFICES + RIGHT OF WAYS OF THE DEFENDANTS, AND INSTEAD REQUIRE ONLY IMPERSONAL, SCIENTIFIC, WELCOME SCREENING AS HAS ALWAYS BEEN DONE AT THE UNITED STATES SENATE + HOUSE OF REPRESENTATIVES, WHITE HOUSE + SUPREME COURT WHERE NO I.D. IS REQUIRED TO ENTER, BUT MAGNOMETERS ARE.

PAGE 5 OF 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

William Long Hale, Pro Se (see Exhibit A), **Plaintiff(s)**

v.

Governor of the Great and Fresh Water State of Illinois et al (see Exhibit A), **Defendant(s)**

Case No. _____

**COMPLAINT + SIGNATURE**

Exhibit A,

PLAINTIFFS: (1) William Long Hale

(2) The Director of the Chicago Transit Authority is being invited to be a third party plaintiff, West Harrison St. #3200, Chicago, IL 60624
773-265-1931

DEFENDANTS: (1) Governor of IL.

(2) Chief Judge of the Everet McKinley Dirksen Court House

?> *il... 1/2008
01.17.2; 11:00
100°W +/-

SIGNATURE: William Long Hale

Suite 146,
4200 Wisconsin Av. NW.
Wash. DC 20016

TRIAL BY JURY REQUESTED

202-258-5978

PAGE 6 OF 6