APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: William Long Hale, Pro Se
(Please print)

STREET ADDRESS: Suite 146, 4200 Wis. Av. NW.

CITY/STATE/ZIP: Wash. DC. 20016

PHONE NUMBER: 202 258 5978

CASE NUMBER: **08CV0353
JUDGE LEFKOW
MAG. JUDGE BROWN**

Signature: [signed] William Long Hale
Date: 2008.01.16.

FILED
JAN 1 6 2008
Jan 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT