AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff: WILLIAM LONG HALE, Pro Se

V.

GOVERNOR OF THE GREAT AND FRESH WATER STATE OF ILLINOIS, AND CHIEF JUDGE OF THE EVERET M. DIRKSEN COURT HOUSE

CASE NUMBER: **08CV0353**
ASSIGNED JUDGE: **JUDGE LEFKOW**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE BROWN**

TO: (Name and address of Defendant)

GOVERNOR OF THE GREAT & FRESH WATER STATE OF ILLINOIS
100 WEST RANDOLPH ST., CHICAGO, IL. 60601
312 814 2121

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. HALE, SUITE 146, 4200 WIS. AV. NW
WASH. DC. 20016
202-258-5978

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: JAN 1 6 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2008.01.16 |
| NAME OF SERVER (PRINT) William Long Hale | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED
1-18-2008
JAN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Other (specify): Summons was mailed by U.S.P.S. certified mail. 7007 0710 0001 8936 9730

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2008.01.16
Date       Signature of Server

Address of Server: Suite 146, 4200 Wis. Av. NW, Wash. DC. 20016

SERVICE WAS MADE BY U.S.P.S. Certified Mail —
7007 0710 0001 8936 9730
Summons, Civil Cover, Appearance & Complaint

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
JAN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s): WILLIAM LONG HALE, PRO SE (see EXHIBIT A)

v.

Defendant(s): GOVERNOR OF THE GREAT AND FRESH WATER STATE OF ILLINOIS (see EXHIBIT A FOR FURTHER DEFENDANTS) ET AL

Case No. **08C 0353**

MAGISTRATE JUDGE GERALDINE SOAT BROWN

JUDGE JOAN H. LEFKOW

**COMPLAINT**

1. I WANTED TO USE THE C.T.A. CHICAGO TRANSIT AUTHORITY TO ASSEMBLE, BUT THE DEFENDANT PROPOSED TO CUT STOPS.

2. I WANTED TO TALK WITH THE DEFENDANT(S) ABOUT THIS, BUT THE DEFENDANT REQUIRED I SHOW A GRAVEN IMAGE TO ENTER TO DO SO.

3. I WANTED TO COMPLAIN TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION, BUT, AGAIN, THE DEFENDANT(S) REQUIRED I SHOW A GRAVEN IMAGE TO DO SO.

PAGE 1 OF 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s)

WILLIAM LOUIS HALE, PRO SE

v.

GOVERNOR OF THE GREAT STATE OF ILLINOIS, ET AL

Defendant(s)

Case No.

## COMPLAINT

GROUNDS:

1. I THINK I HAVE THE RIGHT TO ASSEMBLE BECAUSE OF THE FIRST AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

2. I THINK I HAVE THE RIGHT TO NOT SHOW ANY GRAVEN OR ENGRAVEN IMAGE TO ACCESS A PUBLIC GOVERNMENT OFFICE OR TO MOVE IN THE PUBLIC RIGHT OF WAY BECAUSE NO LAW SHALL BE MADE ESTABLISHING A RELIGION - "THOU SHALT NOT WORSHIP ANY GRAVEN, OR ENGRAVEN IMAGES,", BUT INSTEAD, IMPERSONAL, SCIENTIFIC MEANS LIKE MAGNOMETERS, PUFF MACHINES, BIOLOGIC SWAB STICKS, LATEX GLOVE PAT DOWN SEARCHES

PAGE 2 OF 6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM LONG HALE, Pro Se    Plaintiff(s)

v.

GOVERNOR OF THE GREAT & FRESH WATER STATE OF IL., ET AL    Defendant(s)

Case No.

## COMPLAINT

**GROUNDS** (...CONTINUED)

VOICE PRINTS (PROVIDED THE DATA BASE IS SECURE AND ERASED IF NO MATCH FOUND) - LIKEWISE DNA PRINTS - ARE ACCEPTABLE BECAUSE THEY PREVENT LISA NOWICK, NASA ASTRONAUT PRECEDENT, INVASIONS OF PRIVACY, FAMILY, AND BUSINESS ITINERARIES, CONTRACTS AND BIDS.

THE GOVERNMENT DOES NOT HAVE THE RIGHT TO KNOW WHERE WE ARE - ONLY THAT WE MEET REASONABLE WELCOMING CRITERIA.

ALSO XREF: PRIVATE CELL PHONES ON SECURITY PERSONNEL

PAGE 3 OF 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WILLIAM LONG~~E~~ HALE, Pro Se   Plaintiff(s)

v.

~~Governor~~ OF THE ~~GREAT AND FRESH WATER STATE~~ Defendant(s)
OF ILLINOIS, et al.

Case No.

**COMPLAINT**

Requested Remedy:

I want the Court to
1. Order the Defendant(s) to: Travel with me to TATA Motors in India to inspect TheAirCar.com - the French compressed air car technology (37°F clean air exhaust, 50 miles/tank, 3 minute refill time) due to be brought into production this year towards the goal of CTA compressed air powered buses and/or a CTA compressed air car fleet as per Zip Car rentals + compressed air car only zones: at <u>reduced cost per mile per passenger</u>

Page 4 of 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WILLIAM LONG Plaintiff(s)
HALE, PLAINTIFF PRO SE

v.

GOVERNOR OF THE GREAT
AND FRESH WATER
STATE OF ILLINOIS Defendant(s)
ET AL.

Case No.

**COMPLAINT**

REQUESTED REMEDY
(... CONTINUED)

2. ALSO TO AUSTRALIA TO INSPECT A SIMILAR, LIGHTER ENGINE AS PER THE YOU TUBE AIR CAR VIDEO

3. PRESENT A BUDGET TO THE COURT FOR MIGRATION TO COMPRESSED AIR CTA.

4. CEASE AND DESIST FROM REQUIRING GRAVEN OR ENGRAVEN IMAGES TO ACCESS THE PUBLIC OFFICES + RIGHT OF WAYS OF THE DEFENDANTS, AND INSTEAD REQUIRE ONLY IMPERSONAL, SCIENTIFIC, WELCOME SCREENINGS AS HAS ALWAYS BEEN DONE AT THE UNITED STATES SENATE + HOUSE OF REPRESENTATIVES, WHITE HOUSE + SUPREME COURT WHERE NO I.D. IS REQUIRED TO ENTER BUT MAGNOMETERS ARE.

PAGE 5 OF 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s):** William Long Hale, Pro Se (see Exhibit A)

v.

**Defendant(s):** Governor of the Great and Fresh Water State of Illinois et al (see Exhibit A)

**Case No.**

## COMPLAINT + SIGNATURE

Exhibit A,

**Plaintiffs:** ① William Long Hale

② The Director of the Chicago Transit Authority is being invited to be a third party plaintiff, West Harrison St. #3200, Chicago, IL 60624
773-265-1931

**Defendants:** ① Governor of IL.

② Chief Judge of the Evert McKinley Dirksen Court House

Signature: William Long Hale

Suite 146,
4200 Wisconsin Av. NW.
Wash. DC. 20016

 ?*IL... 11 2008
01.19.2: 11:00
100°W +/−

Trial by Jury Requested

202-258-5978

Page 6 of 6