AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff: William Long Hale Pro, Se.

V.

Governor of the Great State of Illinois and Chief Judge of the Evert McKinley Dirksen Court House

CASE N: **08CV0353**
ASSIGN.: **JUDGE LEFKOW**
DESIGN. / MAGISTRATE JUDGE: **MAG. JUDGE BROWN**

TO: (Name and address of Defendant)

Chief Judge of the Evert McKinley Dirksen Court House, 219 Dearborn St., Chicago, IL 60604
312-435-5600

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Hale, Suite 146, 4200 Wis. Av. NW. Wash. DC. 20016
202-258-5978

an answer to the complaint which is herewith served upon you within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: JAN 1 6 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2008.01.16 |
| NAME OF SERVER (PRINT) WILLIAM LONG HALE | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
**JAN 18 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Other (specify): SUMMONS WAS MAILED by U.S.P.S. CERTIFIED MAIL 7007 0710 0001 8936 9778

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2008.01.16
Date

Signature of Server

Address of Server: Suite 146, 4200 W.S. Av. NW, Wash. DC. 20016

7007 0710 0001 8936 9778

SERVICE WAS MADE BY U.S.P.S CERTIFIED MAIL Summons, Civil Cover, Appearance & Complaint

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.