IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GBOLAHAN R. A. EYIOWUAWI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 353 |
| v. | ) | |
| | ) | Judge Lefkow |
| ILLINOIS DEPARTMENT OF | ) | Magistrate Judge Brown |
| EMPLOYMENT SECURITY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Mr. William Long Hale
    Suite 146, 4200 Wis. Av. N.W.
    Washington, D.C. 20016

PLEASE TAKE NOTICE that on **February 14, 2008 at 9:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow, or whomever may be sitting in her stead, in Room 1925 of the U.S. District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **DEFENDANT GOVERNOR BLAGOJEVICH'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND ALTERNATIVE MOTION TO QUASH,** a copy of which is hereby attached.


LISA MADIGAN
Attorney General of Illinois

/s/ Kathleen L. Ford
KATHLEEN L. FORD
Assistant Attorney General
General Law Bureau
103 W. Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-5160
kford@atg.state.il.us

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on February 8, 2008, she mailed a copy of the above mentioned document to the above named individual, via U.S. Mail, from 100 W. Randolph St., Chicago, Illinois.

/s/ Kathleen L. Ford
Kathleen L. Ford