# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 353 | **DATE** | 2/12/2008 |
| **CASE TITLE** | William Long Hale vs. Governor of the Great and Fresh Water State of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Enter Decision. For the reasons stated in the Decision, the Governor's motion to dismiss [11] is granted and the court on its own motion dismisses the complaint against the Chief Judge because it is frivolous. The complaint is dismissed without prejudice to filing by March 15, 2008 an amended complaint should plaintiff be able in good faith to allege that a defendant personally interfered with his free exercise of religion as explained above. If plaintiff does not file an amended complaint or move to file an amended complaint by March 15, 2008, case will be dismissed with prejudice.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|